IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHERRY KNOLL, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| THE CITY OF LAKEWAY, TEXAS, | § | CAUSE NO. 1:16-CV-982-LY |
| TROY ANDERSON, DAVID DEOME, | § | |
| RON MASSA, STEVEN JONES, HDR | § | |
| ENGINEERING, INC., AND JOHN DOE | § | |
| INDIVIDUALS 1-5 | § | |
| DEFENDANTS. | § | |

## ORDER

**IT IS ORDERED** that the Final Pretrial Conference scheduled in the above-styled and numbered cause for **Friday, April 24, 2020 at 10:00 a.m.** shall be held telephonically with counsel in the Chambers of United States District Judge Lee Yeakel, Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

Counsel for the parties shall provide the court with a call-in telephone number **on or before 5:00 p.m. CST, on Monday, April 20, 2020**, so that the court may initiate the conference call on Friday morning.

SIGNED this _1st_ day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE