IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR 24  PM 5: 11

| | |
|---|---|
| CHERRY KNOLL, LLC,<br>            PLAINTIFF, | §<br>§<br>§ |
| V. | §    CAUSE NO. 1:16-CV-982-LY |
| | §<br>§ |
| HDR ENGINEERING, INC.,<br>            DEFENDANT. | §<br>§ |

## ORDER CANCELING TRIAL SETTING

On April 24, 2020, the court conducted a Final Pretrial Conference, at which counsel for all parties appeared by telephone. Considering the court's docket and the April 15, 2020 Supplemental Order of Chief United States District Judge Orlando L. Garcia,[1] the court rendered the following rulings at the conclusion of the Final Pretrial Conference now memorialized by this order.

**IT IS ORDERED** that the May 2020 Jury Trial setting in this cause is **CANCELED**. The court will reset this case for trial at a later date.

**IT IS FURTHER ORDERED** that no additional pleadings or motions shall be filed in this case without leave of court except those that concern settlement, dismissal, or consent for a magistrate judge to conduct all proceedings, including trial, and order the entry of judgment.

SIGNED this 24th day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

---

[1] *See* Supplemental Order Regarding Court Operations under the Exigent Circumstances created by the COVID-19 Pandemic located on the home page of the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov).